UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 19-10146-IT |
| | ) | |
| SYRUS HAMPTON | ) | |

SUPPLEMENTAL MEMORANDUM RE: DETENTION

 Undersigned counsel respectfully submits the following information for consideration in connection with the government's motion for detention.

 A longtime family friend of Mr. Hampton's, Brittania Johnson, has informed counsel that Mr. Hampton can stay with her if he is released by this Court, so long as he obtains employment and takes classes. Ms. Johnson owns her own home in Roxbury, where she lives with her partner and three children. The home includes a finished basement, where Mr. Hampton would stay. Undersigned counsel has provided Ms. Johnson's address, phone number, and email address to U.S. Probation Officer Ashley Berry, in the event that the Court wishes to have Probation further investigate the residence.

              SYRUS HAMPTON
              By his attorney:

              */s/ Miriam Conrad*

              MIRIAM CONRAD
               BBO # 550223
              Federal Public Defender
              51 Sleeper Street, Fifth Floor
              Boston, MA 02210
              Tel. 617-223-8061

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice on May 16, 2019.

*/s/ Miriam Conrad*